CASE NO. 22-20840-Civ-Scola

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Fidelity National Title Insurance Company,

      Plaintiff,

v.

      Civil Action No. 22-20840-Civ-Scola

North American Title Company,
A Texas Corporation,

      Defendant.
_____/

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

1. I am over the age of eighteen, have personal knowledge of the facts set forth below, and am competent to testify.
2. I am the records custodian for Fidelity National Title Insurance Company.
3. I hereby certify that the attachment provided as Exhibit A of Plaintiff Fidelity National Title Insurance Company's Response in Opposition to Defendant's Motion to Dismiss is a true and accurate copy of record kept under the custody of persons in the company.
4. The record was kept in the regular course of business at or near the events reflected therein.

Dated: 4/8/2022

STATE OF Nebraska }
                    } ss:
COUNTY OF Douglas }

_____
Amy Peitz
Custodian of Records

Sworn to (or affirmed) and subscribed before me by means of ☒ physical presence or ☐ online notarization on April 8, 2022, by Amy Peitz, who is: Personally Known ☒ or Produced Identification ☐
Type of Identification Produced_____
(SEAL)

_____
Elisabeth Blomstedt
Notary Public

ELISABETH BLOMSTEDT
General Notary State of Nebraska
My Commission Expires
August 14, 2022.

Page 1 of 1

**Exhibit "B"**